**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7626**

———————

TIMOTHY LAMAR WALLACE,

                Petitioner - Appellant,

      v.

ROBERT M. STEVENSON, III, Warden of Broad River Correctional
Institution,

                Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Kevin F. McDonald, Magistrate
Judge.  (6:15-cv-02910-JMC-KFM)

———————

Submitted:  May 6, 2016               Decided:  May 18, 2016

———————

Before SHEDD, KEENAN, and FLOYD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Timothy Lamar Wallace, Appellant Pro Se.  Donald John Zelenka,
Senior Assistant Attorney General, Caroline M. Scrantom, OFFICE
OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Lamar Wallace seeks to appeal the magistrate judge's Roseboro* notice order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Wallace seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

---

* Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (holding that before summary judgment is entered against a pro se litigant, the court must notify him of his right to file counteraffidavits or other appropriate materials, and give him a reasonable opportunity to respond).